UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Michelle Lynn Fearneyhough v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11522-DRH |
| *Randa K. French v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11076-DRH |
| *Angela Dawn Jamall-Nourozy v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11299-DRH |
| *Donna Shenelle Mitchell v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11268-DRH |
| *Lora Lanell Moore v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11206-DRH |
| *Joyce M. Popely v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13308-DRH |
| *LaShaune Stitt-Clemons v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13032-DRH |
| *Suzanne Marguerite Verrault v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13459-DRH |
| *Christina Ashley Williams v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11547-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on May 13, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

> NANCY J. ROSENSTENGEL,
> CLERK OF COURT
>
> BY: /s/*Caitlin Fischer*
> **Deputy Clerk**

**Dated:** May 15, 2014

Digitally signed by David R. Herndon
Date: 2014.05.15 11:44:20 -05'00'

**APPROVED:**
**CHIEF JUDGE**
**U. S. DISTRICT COURT**

2